STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
MICHAEL ACOSTA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ACOSTA,<br><br>Defendant. | CR 13-613 JST<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of November 15, 2013, presently scheduled at 9:30 a.m. before the Honorable Jon S. Tigar, be vacated and the matter be re-set for December 20, 2013, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation, including obtaining records related to Mr. Acosta which will not be available prior to the currently scheduled court date. Additionally, counsel for the government is still in the process of obtaining discovery, specifically the dispatch recordings, from the investigating agency.

The parties agree and stipulate that the time until December 20, 2013 should be excluded,

under 18 U.S.C. §3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

Date: November 13, 2013          /s/Ellen Leonida
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for MICHAEL ACOSTA

Date: November 13, 2013          /s/ Cynthia Frey
CYNTHIA FREY
Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 20, 2013 at 9:30 a.m., before the Honorable Jon S. Tigar, and that time is excluded until December 20, 2013 pursuant to 18 U.S.C. § 3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

November 13, 2013
Date

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 13-613 JST
Stipulation to Continuance and Exclusion of Time

2